IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HEATHER SUMMERS,<br><br>        Plaintiff,<br><br>vs.<br><br>DEPUTIES OR OFFICERS JANE OR JOHN DOE, 1-100, in their individual capacities as employees of the Nebraska State Patrol, Omaha Police Department, Douglas County Sheriff's Department, and Sarpy County Sheriff's Department;<br><br>        Defendants. | **8:21CV453**<br><br>ORDER |

      **IT IS ORDERED** that the motion to withdraw as counsel of record (Filing No. 86) is granted and Joshua R. Woolf is deemed withdrawn as counsel of record for the Douglas County Defendants in this case. The Clerk of Court shall terminate electronic notice to Joshua R. Woolf in this case.

      Dated this 22nd day of January, 2024.

                                                 BY THE COURT:

                                                 s/Michael D. Nelson
                                                 United States Magistrate Judge