IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HEATHER SUMMERS,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL CURD, and JAIME DESAUTELS, in their individual capacities;<br><br>Defendants. | 8:21CV453<br><br>**AMENDED INITIAL CASE PROGRESSION ORDER** |

This matter is before the Court on the Joint Motion to Amend Progression Order (Filing No. 127). After review of the motion the Court finds good cause to grant the requested extensions. Accordingly,

**IT IS ORDERED** that the Joint Motion to Amend Progression Order (Filing No. 127) is granted, and the initial case progression order is amended as follows:

1) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45 is extended to **November 17, 2025**.

2) The deadline for filing the anticipated qualified immunity motion is extended to **December 19, 2025**. Further case progression will be deferred until after resolution of such motion.[1]

3) The parties shall contact the undersigned magistrate judge's chambers within seven (7) days after a ruling on the anticipated qualified immunity motion to set a status conference for discussing further case progression.

Dated this 30th day of September, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or in opposition to, any motions filed. See NECivR 7.1. For instructions, see "Hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.