IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HEATHER SUMMERS,<br><br>       Plaintiff,<br><br>  vs.<br><br>MICHAEL CURD, in their individual capacities and as employees of the Omaha Police Department; and JAIME DESAUTELS, in their individual capacities and as employees of the Omaha Police Department;<br><br>       Defendants. | **8:21CV453**<br><br><br>**ORDER** |

**IT IS ORDERED** that the motion to withdraw as counsel of record (Filing No. 139) is granted and Spencer Werth is deemed withdrawn as counsel of record for Plaintiff in this case. The Clerk of Court shall terminate electronic notice to Spencer Werth in this case.

Dated this 18th day of February, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge